JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-02797-DOC | Date: May 28, 2025 |

Title: In re Jason Thomas Dent

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER DISMISSING AND CLOSING CASE PURSUANT TO JOINT STIPULATION [11]

Based on the Stipulation to Dismiss signed and submitted by the Parties on May 28, 2025 (Dkt. 11), the Court hereby **DISMISSES** this bankruptcy appeal in its entirety pursuant to Federal Rule of Bankruptcy Procedure 8023 and closes the case.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                       Initials of Deputy Clerk: kdu

CIVIL-GEN